MARYLAND CASUALTY COMPANY, Appellant, *v.* SCHAEFER CONSTRUCTION COMPANY, Defendant, and ÆTNA CASUALTY AND SURETY COMPANY et al., Respondents.

(Submitted May 15, 1931; decided June 2, 1931.)

*Thomas J. Meehan, Jr.,* for appellant.

*Charles S. Rosenschein, Robert Moers* and *William M. Kurtz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.